Weinke v Asbestos Corp., Ltd. (2026 NY Slip Op 00694)

Weinke v Asbestos Corp., Ltd.

2026 NY Slip Op 00694

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND DELCONTE, JJ.

112 CA 24-01456

[*1]VICTORIA H. WEINKE AND RICHARD L. CARLSON, CO-EXECUTORS OF THE ESTATE OF THOMAS L. CARLSON, DECEASED, PLAINTIFFS,
vASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 1.)
MERLE C. CHAPIN AND IRENE CHAPIN, HIS SPOUSE, PLAINTIFFS, 
vASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 2.) 
ARLENE M. DIERMYER, ADMINISTRATOR OF THE ESTATE OF JAMES R. DIERMYER, SR., DECEASED AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF JAMES R. DIERMYER, SR., PLAINTIFF, 
vASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 3.) 
NANCY A. MATIKOSH, EXECUTOR OF THE ESTATE OF SAMUEL MATIKOSH, JR., DECEASED, AND INDIVIDUALLY AS THE SURVIVING SPOUSE OF SAMUEL MAKITOSH, JR., PLAINTIFF, 
vASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 4.) 
NANCY M. MUIR, AS EXECUTOR OF THE ESTATE OF JOSEPH L. MUIR, DECEASED, PLAINTIFF-RESPONDENT, 
vAIR & LIQUID SYSTEMS CORPORATION, AS SUCCESSOR BY
MERGER TO BUFFALO PUMPS, INC., ET AL., DEFENDANTS. (ACTION NO. 5.)
KENNETH C. ZUHR AND CAROL ANN ZUHR, HIS SPOUSE, PLAINTIFFS, 
vASBESTOS CORPORATION, LTD., A CORPORATION OF THE PROVINCE OF QUEBEC, ET AL., DEFENDANTS. (ACTION NO. 6.) HEDMAN RESOURCES LIMITED, DEFENDANT-APPELLANT. 

CLYDE & CO US LLP, NEW YORK CITY (PETER J. DINUNZIO OF COUNSEL), FOR DEFENDANT-APPELLANT.
LIPSITZ, PONTERIO & COMERFORD, LLC, BUFFALO (DENNIS P. HARLOW OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Raymond W. Walter, J.), entered August 23, 2024, in a personal injury action. The order, inter alia, denied the motion of defendant Hedman Resources Limited to vacate a judgment obtained in action No. 5. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs (see Richards v Hedman Resources Ltd., 204 AD3d 1407, 1407-1409 [4th Dept 2022]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court